# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. CASEY MATTHEW STRAIN**    Case No.  **2:25-CR-153-RLP-1**

**Defendant's Motion to Reopen Detention Hearing:**    **12/03/2025**

- ☒ Melissa Orosco, Courtroom Deputy
- ☒ Patrick J. Dennis, US Probation / Pretrial Services
- ☒ Defendant present ☒ in custody USM
- ☒ Michael Ellis, US Atty
- ☒ Adrien Fox, Defense Atty
- ☒ Interpreter **NOT REQUIRED**

---

- ☒ Defendant continued detained
- ☐ Conditions of Release imposed
- ☐ 199C Advice of Penalties/Sanctions

## REMARKS

Defendant appeared, in custody, with counsel.

The Court has reviewed the Pretrial Services Report (ECF No. 7); Supplemental Pretrial Services Report (ECF No. 20); and Defendant's Motion to Reopen Detention (ECF No. 19).

Defense counsel made factual proffers and presented argument in support of Defendant's release to inpatient treatment as presented in its Motion to Reopen Detention.

Government invoked rebuttable presumption in its Motion for Detention, made factual proffers and argued against Defendant's release to inpatient treatment based on Defendant's past criminal history, outstanding arrest warrant, and current charges; therefore, there are no conditions of release that can be imposed which will reasonably assure Defendant's future appearance and/or the safety of the community.

Rebuttal.

**The Court ordered:**
1. Defendant's Motion to Reopen Detention is **denied**.
2. There are no conditions of release which will reasonably assure Defendant's appearance as required and/or safety of the community.
3. Defendant remanded to custody of U.S. Marshal until further order of the Court.