Todd Blanche
Deputy Attorney General of the United States
Michael J. Ellis
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CASEY MATTHEW STRAIN, <br><br> Defendant. | Case No. 2:25-CR-00153-RLP <br><br> GOVERNMENT'S MOTION FOR PROTECTIVE ORDER <br><br> Expedited Request <br><br> Date: February 23, 2026, at 6:30 p.m. <br> Without Oral Argument |

Plaintiff, United States of America, by and through Michael J. Ellis, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Motion for Protective Order. Defense counsel has been made aware of the proposed protective order and has no objection. As the motion is unopposed, the Government requests expedited consideration of the Government's Motion for Protective Order.

On October 9, 2025, the Grand Jury for the U.S. District Court for the Eastern District of Washington issued an Indictment charging the Defendant with two counts of distribututiion of fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and one count of possession with intent to distribute of fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). ECF No. 1.

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER - 1

As officers of the court, defense counsel appointed or retained to represent the Defendant charged in this case are aware of the potential ramifications of disclosing sealed or otherwise sensitive information to third parties. While it is presumed that defense counsel would advise their client as to the law governing sensitive discovery materials, it cannot be presumed that the Defendant will maintain the same level of diligence that an officer of the court would with protecting the disclosure of such sensitive information.

The Government respectfully requests that the Court issue a Protective Order relative to the dissemination of all discovery:

1.    The Government will provide discovery materials on an on-going basis to defense counsel;

2.    Discovery materials that contain the voice or image of a confidential source will be made available for defense counsel's review at the United States Attorney's Office. Until further Order of the Court, those materials may not be shown to the Defendant or left in the Defendant's custody;

3.    Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

4.    Defense counsel may show to, and discuss with the Defendant, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

5.    Defense counsel shall not provide original or copies of any discovery materials to the Defendant. This is meant to include verbatim, or close to verbatim, recitations of discovery produced to defense counsel;

6.    Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER - 2

expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

7.     The Government, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed court proceedings relevant to Case No. 2:25-CR-00153-RLP; provided however, any written reference to the content of the protected discovery shall be filed under seal.

The Government acknowledges that during the course of the proceedings the need may arise for the Defendant to seek some form of relief from the Protective Order.

Dated: January 22, 2026.

Todd Blanche
Deputy Attorney General

*s/ Michael J. Ellis*
Michael J. Ellis
Assistant United States Attorney

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER - 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Adrien L. Fox

*s/ Michael J. Ellis*
Michael J. Ellis
Assistant United States Attorney

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER - 4