FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CASEY MATTHEW STRAIN,<br><br>　　　　　　Defendant. | No.　2:25-CR-00153-RLP-1<br><br>PROTECTIVE ORDER |
|---|---|

　　　　BEFORE THE COURT is the Government's Proposed Protective Order, ECF No. 33. The Court held a hearing on the Motion for Protective Oder, ECF No. 27, on February 2, 2026. Mr. Strain was present in custody and represented by his counsel, Adrien Lindsay Fox of the Federal Defenders of Eastern Washington and Idaho. Assistant United States Attorney Michael Ellis appeared for the United States.

　　　　Following the hearing, the Court issued an order granting in part the Government's Motion for Protective order insofar as it protects the voice, image, and other identifying information of the confidential informant, and directed the Government to file a proposed protective order consistent with the order. The Court has reviewed the Government's proposal, ECF No. 33, and issues the following protective order.

Protective Order - 1

PROTECTIVE ORDER

1. Discovery materials that contain the voice or image of a confidential source will be made available for defense counsel and/or any staff and/or investigator and/or expert engaged by defense counsel for review at the United States Attorney's Office. Until further Order of the Court, those materials may not be shown to the Defendant or left in the Defendant's custody.

2. The Government, defense counsel, and witnesses may reference the existence and content of discovery materials that contain the voice or image of a confidential source in open and closed court proceedings relevant to Case No. 2:25-CR-00153-RLP; provided however, any written reference to discovery materials that contain the voice or image of a confidential source shall be filed under seal.

IT IS SO ORDERED. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** February 3, 2026.

REBECCA L. PENNELL
United States District Judge

Protective Order - 2